1494

[Cite as *03/26/2004 Case Announcements,* 2004-Ohio-1481.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 26, 2004*

## MOTION AND PROCEDURAL RULINGS

2004–0374.  **Wertz v. Grange Mut. Ins. Co.**
Stark App. No. 2003CA00186, 2004-Ohio-121. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion to stay proceedings pending settlement,

IT IS ORDERED by the court that the motion be, and hereby is, granted and that the proceedings herein, including the filing of appellee's jurisdictional memorandum, are hereby stayed.

[Cite as *03/29/2004 Case Announcements,* 2004-Ohio-1482.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 29, 2004*

## MOTION AND PROCEDURAL RULINGS

2004–0142.  **State ex rel. Pethe v. Indus. Comm.**
Franklin App. No. 02AP–1202, 2003-Ohio-6832. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before May 1, 2004.

## APPEALS ACCEPTED FOR REVIEW

2003–2167.  **Hopkins v. Dyer.**
Tuscarawas App. No. 2003AP010009, 2003-Ohio-6178. Upon consideration of the jurisdictional memoranda filed in this case, the court hereby allows the appeal on Proposition of Law No. I. The Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Tuscarawas County, and the parties shall brief this case in accordance with the Rules of Practice of the Supreme Court of Ohio.